UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

YOANDRY HERNANDEZ RODRIGUEZ,

                 Petitioner(s),

   v.

DIRECTOR, NORTHWEST ICE
PROCESSING CENTER,

            Respondent(s).

CASE NO. C26-566-KKE

ORDER CONSTRUING MOTION AS A
MOTION FOR TEMPORARY
RESTRAINING ORDER AND DIRECTING
RESPONDENT TO RESPOND

This matter comes before the Court on Petitioner's emergency motion to prohibit transfer. Dkt. No. 3. Petitioner, representing himself, seeks an order prohibiting his transfer while his petition for a writ of habeas corpus is pending. *Id.* at 2.

The Court construes this motion as a motion for temporary restraining order under Federal Rule of Civil Procedure 65(b). Respondent is therefore DIRECTED to respond to Petitioner's motion in accordance with Federal Rule 65(b) and Local Civil Rule 65(b). Given the significant delay between the mailing of filings by Petitioner from the Northwest Immigrant Processing Center and the receipt of those filings at the Court, Respondent is further DIRECTED to file on the docket any notice of its intent to transfer Petitioner from this District pursuant to paragraph 3 of the Court's scheduling order. *See* Dkt. No. 4.

ORDER CONSTRUING MOTION AS A MOTION FOR TEMPORARY RESTRAINING ORDER AND DIRECTING RESPONDENT TO RESPOND - 1

Dated this 17th day of February, 2026.

Kymberly K. Evanson
United States District Judge

ORDER CONSTRUING MOTION AS A MOTION FOR TEMPORARY RESTRAINING ORDER AND DIRECTING RESPONDENT TO RESPOND - 2